# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**
        **Plaintiff,**

   v.                                                                         **Case No. 03-CR-194**

**WILLIE L. EALEY, JR.**
        **Defendant.**

## DECISION AND ORDER

In September of 2005, I sentenced defendant Willie Ealey to 63 months in prison, followed by 4 years of supervised release, on his guilty plea to conspiracy to distribute 500 grams or more of cocaine. Defendant completed his prison sentence in March of 2009, and he now requests early termination of his supervised release.

The district court may grant early termination of supervised release if: (1) the defendant has served at least one year of supervision; (2) the government is given notice and an opportunity to be heard; and (3) termination is in the interest of justice based on the defendant's conduct and the pertinent sentencing factors under 18 U.S.C. § 3553(a). See 18 U.S.C. § 3583(e)(1); United States v. Medina, 17 F. Supp. 2d 245, 245-46 (S.D.N.Y. 1998); see also United States v. Lowe, 632 F.3d 996, 998-99 (7th Cir. 2011). Defendant satisfies these standards: he has served three years of supervision, the government responds that it does not oppose his request, and given defendant's conduct and performance, as outlined in his letter request, and on consideration of the § 3553(a) factors, I find termination in the interest of justice.

**THEREFORE, IT IS ORDERED** that the defendant's request for early termination of supervised release (R. 816) is **GRANTED**.

Dated at Milwaukee, Wisconsin, this 15th day of March, 2012.

/s Lynn Adelman
_____
LYNN ADELMAN
District Judge